# United States District Court
## Violation Notice

CVB Location Code: **M52**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6140649 | Gaughan | 2962 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☒ CFR  ☐ USC  ☐ State Code |
|---|---|
| 03/27/2023  0031 | 38CFR1.218(b)15 |

Place of Offense: LOT 2 BROCKTON VAMC

Offense Description: Factual Basis for Charge   HAZMAT ☐

OPERATION OF A VEHICLE UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGE

### DEFENDANT INFORMATION

Last Name: BURTON
First Name: DASHANA
MI: R

[address redacted]

| Tag No. | State | Year | Make | Model | Color |
|---|---|---|---|---|---|
| 9YY872 | MA | 2012 | Chev | Malibu | White |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ ___ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ ___ Total Collateral Due

### YOUR COURT DATE

Court Address: MOAKLEY US DIST COURT, 1 COURTHOUSE WAY, BOSTON, MA
Date: TBD
Time: TBD

X Defendant Signature: [signature]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____.

_____

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/26/2023 11:24

CVB SCAN 04/26/2023 11:24

# US Department of Veterans Affairs Police

## Single Violation Listing

## Violation #: 6140649

**Officer:** Gaughan 2862
**Issue Date:** 03/27/2023
**Issue Time:** 00:31
**Disposition:** Open/CVB

**Violation Description:**
Statement of Probable Cause
(For issuance of an arrest warrant or summons)

I state on March 27, 2023, while exercising my duties as a Law Enforcement Officer in the Brockton District of Massachusetts

On the above-mentioned date and time, I, Cpl. Thomas Gaughan was conducting a vehicle Patrol of the Brockton VA Medical Center in a marked vehicle while in full uniform, when I encountered a vehicle parked in Lot 2. I proceeded to check on the welfare of the occupant due to recent events within the Boston VA Healthcare System. The vehicle was warm and running with the lights on. Dashawna Burton was sitting in the driver's seat with the keys in the ignition and talking on the phone.

While talking to Burton, I could detect an odor of alcoholic beverage emanating from her breath. Burton had 2 open containers of Sutter Home Chardonnay in her vehicle.

I conducted a field sobriety test which Burton failed all three portions (HGN, One leg stand, and walk and turn), I utilized the PBT but could not get a reading due to Burton failing to follow instructions, which was considered a refusal. I utilized the Easton Police Drager Alcotest 9510 and Burton had a BAC of 0.227%.

For further information pertaining to the incident, please refer to VA Police Incident Report # 523A5230116.
The foregoing statement is based upon:
  X   My personal observations   X   Personal investigation
  X   Information supplied to me from my fellow officer's observation
  ____ Other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the violation notice is true and correct to the best of my knowledge.

Executed on:
03/27/2023
Date (mm/dd/yyyy)                    Officer's Signature

Probable Cause has been stated for the issuance of a warrant.

Executed on:
_____
Date (mm/dd/yyyy)                    U.S. Magistrate Judge

**White Copy-Court**
**Pink Copy-Case File**

For Government Use Only
This report may contain information that is subject to the Privacy Act of 1974

# United States District Court Violation Notice

| | | |
|---|---|---|
| CVB Location Code: MA52 | | |
| Violation Number: 6140650 | Officer Name: Gaughan | Officer No.: 2862 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | ☒ CFR ☐ USC ☐ State Code |
|---|---|---|
| 03/27/2023 0031 | 38 CFR 1.218(b) 16 | |

Place of Offense: Lot 2 Brockton VAMC

Offense Description: ENTERING PREMISES UNDER THE INFLUENCE OF ALCOHOL

**DEFENDANT INFORMATION**

| Last Name: BURTON | First Name: DASHAWNA | M.I.: R |
|---|---|---|

Tag No: 9YY872 | State: MA | Year: 2012 | Make: CHEV | Model: MALIBU | Color: WHITE

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

HEARING

$ Forfeiture Amount
+ $30 Processing Fee
$ Total Collateral Due

**YOUR COURT DATE**

CVB SCAN 04/26/2023 11:25

---

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

See Attached

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____ Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

# US Department of Veterans Affairs Police

## Single Violation Listing

## Violation #: 6140650

**Officer:** Gaughan 2862
**Issue Date:** 03/27/2023
**Issue Time:** 00:31
**Disposition:** Open/CVB

**Violation Description:**
Statement of Probable Cause
(For issuance of an arrest warrant or summons)

I state on March 27, 2023, while exercising my duties as a Law Enforcement Officer in the Brockton District of Massachusetts

On the above-mentioned date and time, I, Cpl. Thomas Gaughan was conducting a vehicle Patrol of the Brockton VA Medical Center in a marked vehicle while in full uniform, when I encountered a vehicle parked in Lot 2. I proceeded to check on the welfare of the occupant due to recent events within the Boston VA Healthcare System. The vehicle was warm and running with the lights on. Dashawna Burton was sitting in the driver's seat with the keys in the ignition and talking on the phone.

While talking to Burton, I could detect an odor of alcoholic beverage emanating from her breath. Burton had 2 open containers of Sutter Home Chardonnay in her vehicle.

I conducted a field sobriety test which Burton failed all three portions (HGN, One leg stand, and walk and turn), I utilized the PBT but could not get a reading due to Burton failing to follow instructions, which was considered a refusal. I utilized the Easton Police Drager Alcotest 9510 and Burton had a BAC of 0.227%.

For further information pertaining to the incident, please refer to VA Police Incident Report # 523A5230116 .
The foregoing statement is based upon:
_X_ My personal observations _X_ Personal investigation
_X_ Information supplied to me from my fellow officer's observation
____ Other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the violation notice is true and correct to the best of my knowledge.

Executed on: 03/27/2023
Date (mm/dd/yyyy)          Officer's Signature

Probable Cause has been stated for the issuance of a warrant.

Executed on:
_____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

**White Copy-Court**
**Pink Copy-Case File**

For Government Use Only
This report may contain information that is subject to the Privacy Act of 1974

# United States District Court
## Violation Notice
(Rev. 1/2015)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA52 | 09966951 | GAUGHAN | 2862 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR · USC · State Code |
|---|---|
| 02/27/2023 0031 | 38 CFR 1.218(b)18 |

Place of Offense: LOT 2 BROCKTON VAMC

Offense Description / Factual Basis for Charge: UNAUTHORIZED INTRODUCTION OF ALCOHOL TO VA CONTROLLED PROPERTY

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Burton | Dashawna | R |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9YY872 | MA | 2012 | Chev Malibu | | White |

A ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

B ☒ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100 Forfeiture Amount
+ $30 Processing Fee
$ 130 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: MOAKLEY US DIST. COURT, 1 COURTHOUSE WAY, BOSTON MA
Date: TBD
Time: TBD

X Defendant Signature: [signature]

Original - CVB Copy

*09966951*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

SEE ATTACHED

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

# US Department of Veterans Affairs Police

## Single Violation Listing

## Violation #: 09966951

**Officer:** Gaughan 2862
**Issue Date:** 03/27/2023
**Issue Time:** 00:31
**Disposition:** Open/CVB

**Violation Description:**
Statement of Probable Cause
(For issuance of an arrest warrant or summons)

I state on March 27, 2023, while exercising my duties as a Law Enforcement Officer in the Brockton District of Massachusetts

On the above-mentioned date and time, I, Cpl. Thomas Gaughan was conducting a vehicle Patrol of the Brockton VA Medical Center in a marked vehicle while in full uniform, when I encountered a vehicle parked in Lot 2. I proceeded to check on the welfare of the occupant due to recent events within the Boston VA Healthcare System. The vehicle was warm and running with the lights on. Dashawna Burton was sitting in the driver's seat with the keys in the ignition and talking on the phone.

While talking to Burton, I could detect an odor of alcoholic beverage emanating from her breath. Burton had 2 open containers of Sutter Home Chardonnay in her vehicle.

I conducted a field sobriety test which Burton failed all three portions (HGN, One leg stand, and walk and turn), I utilized the PBT but could not get a reading due to Burton failing to follow instructions, which was considered a refusal. I utilized the Easton Police Drager Alcotest 9510 and Burton had a BAC of 0.227%.

For further information pertaining to the incident, please refer to VA Police Incident Report # 523A5230116.
The foregoing statement is based upon:
_X_ My personal observations __X__ Personal investigation
_X_ Information supplied to me from my fellow officer's observation
____ Other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the violation notice is true and correct to the best of my knowledge.

Executed on: 03/27/2023
Date (mm/dd/yyyy)        Officer's Signature

Probable Cause has been stated for the issuance of a warrant.

Executed on:
_____
Date (mm/dd/yyyy)        U.S. Magistrate Judge

**White Copy-Court**
**Pink Copy-Case File**

CVB SCAN 04/26/2023 11:23

# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA52 | 09966952 | Gaughan | 2862 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 03/27/2023 0016
**Offense Charged:** 38 CFR 1.218(b)(3)a
**Place of Offense:** Brockton VA MC

**Offense Description / Factual Basis for Charge:** Fail to stop at stop sign

HAZMAT: ☐

### DEFENDANT INFORMATION
**Last Name:** Burton
**First Name:** DaShawna
**MI:** R

[Address redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9YY872 | MA | 2012 | Chev Malibu | | White |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ Forfeiture Amount
+ $30 Processing Fee
$ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
**Court Address:** Moakley US Dist. Court, 1 Courthouse Way, Boston MA
**Date:**
**Time:**

Defendant Signature: [signed]

*09966952*

CVB SCAN 04/26/2023 11:24

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

See Attached

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident



# US Department of Veterans Affairs Police

## Single Violation Listing

## Violation #: 09966952

**Officer:** Gaughan 2862
**Issue Date:** 03/27/2023
**Issue Time:** 00:16
**Disposition:** Open/CVB

**Violation Description:**
Statement of Probable Cause
(For issuance of an arrest warrant or summons)

I state on March 27, 2023, while exercising my duties as a Law Enforcement Officer in the Brockton District of Massachusetts

On the above-mentioned date and time, I, Cpl. Thomas Gaughan was conducting an investigation into the matter with Dashawna Burton. After reviewing camera footage of Burton entering property, I observed her enter the Belmont Street gate swerving then fail to stop at a clearly posted stop sign.

For further information pertaining to the incident, please refer to VA Police Incident Report # 523A5230116 .
**The foregoing statement is based upon:**
_X_ My personal observations  _X_ Personal investigation
_X_ Information supplied to me from my fellow officer's observation
____ Other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the violation notice is true and correct to the best of my knowledge.

Executed on:
03/27/2023
Date (mm/dd/yyyy)           Officer's Signature

Probable Cause has been stated for the issuance of a warrant.

Executed on:

_____
Date (mm/dd/yyyy)           U.S. Magistrate Judge

White Copy-Court
Pink Copy-Case File

CVB SCAN 04/26/2023 11:24

For Government Use Only
This report may contain information that is subject to the Privacy Act of 1974